UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Luis Marquez**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Laura Worchell**, in individual and representative capacity as trustee of The Non-Exempt Marital Trust under the Laura and Larry Worchell Family Trust; **Elyas Babadjouni**; and Does 1-10,<br><br>　　　　Defendants. | Case No. 2:18-cv-09160-R-JPR<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: October 25, 2018<br>Trial Date:　　　None<br>District Judge:　Hon. Manuel L. Real |

Case No. 2:18-cv-09160-R-JPR
ORDER GRANTING DISMISSAL OF ENTIRE CASE WITH PREJUDICE
PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)

Proposed Order Granting

The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed with prejudice. Each party is to bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated: March 26, 2019

_____
Honorable Manuel L. Real, District Judge
UNITED STATES DISTRICT COURT